Shabnam Shelly Raiszadeh, Esq. (SBN: 270148)
THE TORKZADEH LAW FIRM
18650 MacArthur Blvd., Suite 300
Irvine, CA 92612
Phone: 310.935.1111 / Fax: 310.935.0100
E-mail: Shelly@torklaw.com

*Attorneys for Plaintiff Mausumee Guha*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUSUMEE GUHA, an individual; | **CASE NO.** 8:20-cv-01045-JLS-ADS |
| Plaintiff, | |
| v. | *Honorable Josephine L. Staton* |
| CATHAY PACIFIC AIRWAYS LTD, d.b.a. CATHAY PACIFIC, a corporation, and DOES 1 through 50, inclusive, | **PLAINTIFF'S NOTICE OF SETTLEMENT** |
| Defendants. | |

TO THE COURT, ALL PARITES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties in the above-captioned action have reached an agreement to settle all claims between Plaintiff MAUSUMEE GUHA and Defendants CATHAY PACIFIC AIRWAYS LTD, d.b.a. CATHAY PACIFIC, a corporation. The Settlement has been agreed to in principle and the parties are in the process of preparing and finalizing the Settlement Agreement.

1

1     Plaintiff intends to file a Notice of Dismissal as soon as practicable, but respectfully
2 requests that the parties are given 30 days to finalize and fully satisfy the terms of said
3 agreement.
4
5     Plaintiff respectfully requests that the Court discharge the Order to Show Cause Re
6 Dismissal set for Monday, September 14, 2020, and issue an order staying all pending
7 deadlines.
8
9 DATED: September 11, 2020                THE TORKZADEH LAW FIRM
10
11                              By: _____
                                     Shabnam Shelly Raiszadeh, Esq.
12                                   Attorneys for Plaintiff Mausumee Guha

2

PLAINTIFF'S NOTICE OF SETTLEMENT