JS-6

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

Mausumee Guha,                        ) Case No. 8:20-cv-01045-JLS(ADSx)
11                                     )
                    Plaintiff(s),      ) ORDER STAYING ACTION PENDING FINAL
12                                     ) SETTLEMENT, REMOVING CASE FROM
                    v.                 ) ACTIVE CASELOAD, AND FILING OF
13                                     ) DISMISSAL
Cathay Pacific Airways LTD et          )
14 al,                                 )
                                       )
15                  Defendant(s).      )
                                       )
16                                     )
                                       )
17                                     )

18

19       On September 10, 2020, Plaintiff filed a Notice of Settlement

20 (doc. 11), indicating that the case has fully settled. Based

21 thereon, the Court hereby orders all proceedings in the case stayed

22 pending final settlement.

23       It is further ordered that this action is removed from the

24 Court's active caseload, subject to the right upon good cause shown

25 within thirty (30) days, to reopen the action if settlement is not

26 consummated.

27 ///

28 ///

1    The parties shall file a Stipulation of Dismissal no later than

2 October 14, 2020. If no dismissal is filed, the Court deems the

3 matter dismissed at that time.

4    The Court retains full jurisdiction over this action and this

5 order shall not prejudice any party in the action.

6    **The Order to Show Cause issued on September 10, 2020 is**

7 **discharged.**

8

9 IT IS SO ORDERED.

10

11    DATED: September 14, 2020

12 JOSEPHINE L. STATON

13 HONORABLE JOSEPHINE L. STATON
   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28